IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
ENTERED

MAY - 5 2005

Michael N. Milby, Clerk of Court

| | |
|---|---|
| JAG MEDIA HOLDINGS, INC., ET AL., § § Plaintiffs, § § v. § § A.G. EDWARDS & SONS, INC., ET AL., § § Defendants. § | Civil Action No. H-02-2867 |

## FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 54(b), the Court has expressly determined that there is no just reason to delay entry of a final judgment in favor of Moving Defendants. Accordingly, upon the Stipulation and Joint Motion for Entry of Final Judgment filed by Plaintiffs and Moving Defendants, IT IS HEREBY ORDERED THAT Plaintiffs' Third Amended Complaint against A. G. Edwards & Sons; Inc., Bear Stearns Securities Corp.; Citibank; Credit Suisse First Boston Corporation; David Lerner Associates, Inc.; Donaldson, Lufkin & Jenrette Securities Corporation; Dresdner Kleinwort Wasserstein; Edward Jones & Company; First Southwest Company; Forge Financial Group, Inc; Harris Investorline Inc.; Hill Thompson Magid & Company, Inc.; H & R Block Financial Advisors; Janney Montgomery Scott LLC; LaBranche Financial Services, Inc.; Lehman Brothers, Inc.; Mesirow Financial, Inc.; Morgan Stanley; National Financial Services L.L.C.; National Securities Corp.; Parker/Hunter Incorporated,; PrimeVest Financial Services, Inc.; Preferred Trade; Prudential Securities Incorporated; RBC Dain Rauscher, Inc.; Romano Brothers & Co.; SG Cowen Securities Corporation; U.S. Bank National Association; ViewTrade Securities, Inc.; BrokerageAmerica, Inc.; Goldman, Sachs & Co.; Spear, Leeds & Kellogg, L. P.; GunnAllen Financial, Inc.; LPL

Financial Services; Merrill Lynch, Pierce, Fenner & Smith, Incorporated; Herzog Heine Geduld, L.L.C.; Deutsche Bank Securities, Inc.; NDB Capital Markets, L.P.; Fleet Securities, Inc.; Wells Fargo Investments, L.L.C.; UBS Financial Services, Inc.; UBS Warburg L.L.C.; Instinet Clearing Service, Inc.; Donald & Co. Securities Inc.; Stephens, Inc.; Online Securities, Inc.; Stifel, Nicolaus, Inc.; Legg Mason Wood Walker, Inc.; Scottrade, Inc.; J. P. Morgan Chase Bank; Brown & Company Securities Corp.; Dreyfus Brokerage Services, Inc.; McDonald Investments, Inc.; Penson Financial Services, Inc.; Empire Financial Group, Inc.; Advantage Correspondent Clearing; Equitrade Securities Corporation; M.H. Meyerson & Co. Inc.; Charles Schwab & Co., Inc.; Schwab Capital Markets, L.P.; Computer Clearing Services, Inc.; E*Trade Securities, Inc.; Ladenburg Thalmann & Company, Inc.; Ladenburg Capital Management, Inc.; GVR Company LLC; Investec Ernst & Company; TD Waterhouse Investor Services, Inc.; National Investor Services Corp.; VFinance Investments, Inc.; US Bancorp Piper Jaffray Inc.; Raymond, James & Associates, Inc.; Taglich Brothers, Inc.; Robert W. Baird & Co., Inc.; Yorkton Securities, Inc. (now known as Orion Securities, Inc.); Morgan Keegan & Company, Inc.; Sterne, Agee & Leach, Inc.; Knight Securities, L.P. (now known as Knight Equity Markets, L.P.); Fiserv Securities, Inc.; Public Securities, Inc.; City Securities Corporation; ABN AMRO Securities, L.L.C.; BMO Nesbitt Burns Inc.; J. B. Hilliard, W. L. Lyons, Inc.; Phillip Louis Trading, Inc.; Newbridge Securities Corporation; Wm V. Frankel & Co., Inc.; Crowell Weedon & Co.; Lazard Frères & Co. LLC; Comprehensive Capital Co.; JB Oxford & Co.; Wien Securities Corp.; Program Trading Corp.; SWS Securities, Inc. and Bidwell & Company is dismissed with prejudice. Each party shall bear its own costs. By stipulation of the parties, each party waives its right to seek sanctions or attorneys' fees and waives its right to appeal this judgment.

All relief not expressly granted herein is denied. This is a final judgment.

Signed this 5th day of May, 2005.

_____
UNITED STATES DISTRICT JUDGE